In the Matter of the Application of THE COUNTY TRUST COMPANY OF WHITE PLAINS, N. Y., for an Order Commanding ALMERINDO PORTFOLIO, as Treasurer, and JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, to Pay to the Petitioner Certain Judgments Heretofore Recovered by C. & W. CONSTRUCTION CO., INC., against the BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument

denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.